1 **SARA M. PELOQUIN**
California State Bar No. 254945
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Sara_Peloquin@fd.org

5 Attorneys for Mr. Warner

8             UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,   )   Case No. 08mj2266
                                 )
12 |         Plaintiff,           )
                                 )
13 | v.                           )
                                 )   **NOTICE OF APPEARANCE**
14 | **EUGENE G. WARNER,**        )
                                 )
15 |         Defendant.           )
                                 )
16 |                              )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                      Respectfully submitted,

22 Dated: July 31, 2008              */s/ Sara Peloquin*
                                     **SARA M. PELOQUIN**
23                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Mr. Warner

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 31, 2008                          /s/ *Sara Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Sara_Peloquin@fd.org