MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA                    VS                EUGENE G. WARNER

X  Plaintiff _____ Defendant _____ Court    Type of Hearing: REMOVAL/ID HEARING

Case Number: 08MJ2266-LSP

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 8/7/08 | 8/7/08 | Certified Warrant from District of Alaska |
| 2 | 8/7/08 | 8/7/08 | Certified Indictment from District of Alaska |
| 3 | 8/7/08 | 8/7/08 | DMV Picture |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |