

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08MJ2266-LSP |
| Plaintiff, | **ORDER DENYING MOTION** |
| v. | |
| EUGENE G. WARNER, | |
| Defendant. | |

### ORDER

Defendant's Motion to Stay Order of Removal (Doc. # 13) is DENIED.

The cases cited by Defendant, Frost v. Yankovich 254 F.2d 633 (9th Cir. 1958), Roba v. US 604 F2d 215 (2nd Cir. 1979) and Galloway v. US 302 F2d 457 (10th Cir. 1962) are distinguishable from the present case. In Frost, the court noted that jurisdiction for review of a removal order lies in the transferee district. In Roba, the warrant for removal was stayed due to the defendant's medical condition. The warrant for removal had not been signed.

| | |
|---|---|
| 1 | The court did not discuss a stay of an order of removal. In <u>Galloway</u>, the court did not discuss a |
| 2 | stay of an order of removal. Once an order for removal is signed, the court is divested of |
| 3 | jurisdiction. An order of removal is only reviewable in the district where the charges are pending. |
| 4 | <u>US v. Vega</u> 438 F3d 801 (7th Cir. 2006), <u>US v. Torres</u> 86 F3d 1029 (11th Cir. 1996) |

**IT IS SO ORDERED.**

Dated: 8/13/08

_____
**UNITED STATES MAGISTRATE JUDGE**