# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

**RECEIVED**
AUG 15 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

W. Samuel Hamrick, Jr.
Clerk of Court

**PLEASE RECEIPT AND RETURN**

August 11, 2008

Clerk, U.S. District Court
U.S. District Court, District of Alaska
222 W. 7th Avenue, #4
Anchorage, AK 99513

**FILED**
AUG 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:   08mj2266, USA v. Warner

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | | Waiver of Removal |
| | Personal Surety Bond | | |
| x | Other | Motion to Compel Discovery; Response in Opposition; Witness List; Exhibit List | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ Beth Lloyd,
Deputy Clerk